## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---

MTAG CUST ALTERNA FUNDING II, LLC,

   Plaintiff,

   v.

PAMELA RUSS FERGUSON, et al.,

   Defendants.

Civ. No. 18-13625 (KM)(MAH)

**ORDER**

---

**MCNULTY**, District Judge

   **THIS MATTER** having come before the court on the plaintiff's motion
(DE 7) to remand this removed case; and

   **IT APPEARING** that the defendant did not file an opposition to the
motion to remand; and

   **IT APPEARING** that the Hon. Michael A. Hammer, U.S. Magistrate
Judge, to whom the motion was referred, has nevertheless carefully analyzed
the case and filed a Report and Recommendation ("R&R") that the motion be
granted (DE 9); and

   **IT APPEARING** that the plaintiff has filed what is deemed an "objection"
to the R&R, see Fed. R. Civ. P. 72(b); L. Civ. R. 72.1c(2), which contains no
facts or arguments, but merely states that the plaintiff will "rely on the all
affidavits filed in the Forceclosure Action. All supporting documents";

   **IT APPEARING** that the underlying action is a state-law mortgage
foreclosure, and that therefore there is no basis for federal question
jurisdiction, see 28 U.S.C. § 1331; and

   **THE COURT** having reviewed *de novo* the R&R, and found itself in
complete agreement with the grounds expressed therein, specifically the
following:

(a) Removal was procedurally defective, in that 28 U.S.C. § 1446(b)(1) requires that a notice of removal be filed within 30 days after service of the relevant complaint or pleading. This state court foreclosure complaint was filed on April 17, 2017, but the notice of removal was not filed until nearly 17 months later, on September 5, 2018. Indeed, that was some seven months after the state court had entered a final judgment of foreclosure.

(b) Removal was based on diversity of citizenship between the plaintiff (a citizen of Louisiana) and defendant Ferguson (a citizen of New Jersey). Although complete diversity is required and the removing party has the burden to demonstrate jurisdiction,[1] the citizenship of the remaining defendants is nowhere stated.

**IT IS THEREFORE** this 3d day of July, 2019,

**ORDERED** that the Report and Recommendation (DE 9) is **AFFIRMED** pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(3); and is further

**ORDERED** that the motion to remand (DE 7) is **GRANTED**; and it is further

**ORDERED** that the case be **REMANDED** to the Superior Court of New Jersey, Chancery Division, Essex County.

The Clerk shall terminate this civil action and close the file.

**KEVIN MCNULTY, U.S.D.J.**

---

[1]     *Strawbridge v. Curtiss,* 7 U.S. (3 Cranch) 267 (1806) (complete-diversity rule); *Samuel-Bassett v. KIA Motors Am., Inc.,* 357 F.3d 392, 396 (3d Cir. 20014) (removing party has burden).